UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Case No. 09-243 (GK) |
| : | |
| MICHAEL MONZEL, : | |
| : | |
| Defendant. : | |

ORDER

On December 10, 2009, Defendant Michael Monzel pled guilty to one count of distribution of child pornography in violation of 18 U.S.C. § 2252(a)(2) and one count of possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B). On October 22, 2010, this Court found that Defendant's conduct was a proximate cause of the victim "Amy's" losses. [Dkt. No. 44]. On January 22, 2011, the Court ordered Defendant to pay $5,000 in restitution to Amy. [Dkt. No. 50].

On April 19, 2011, our Court of Appeals found that the restitution award to Amy was less than the harm the Defendant caused and remanded the case for reconsideration. United States v. Monzel, 641 F.3d 528 (D.C. Cir.), cert. denied, 132 S. Ct. 756 (2011). Following remand, this Court issued an opinion on November 6, 2012, finding that the Government had failed to carry its burden of proving by a preponderance of the evidence the amount of Amy's

losses caused by Defendant, and therefore denied the Government's Supplemental Request for Restitution. [Dkt. No. 70]. On August 8, 2014, our Court of Appeals issued its mandate vacating this Court's November 6, 2012 Opinion denying additional restitution to Amy and further instructing this Court to re-determine restitution for Amy in a manner consistent with the Supreme Court's decision in United States v. Paroline, 134 S. Ct. 1710 (2014). [Dkt. No. 91].

This matter is again before the Court on the Government's Supplemental Motion for Restitution pursuant to 18 U.S.C. § 2259.

**WHEREFORE**, upon consideration of the Motion, the Response, the Reply, and as more fully set forth in the accompanying Memorandum Opinion, it is this 19th day of September, 2016, hereby

**ORDERED**, that the Government's Supplemental Motion for Restitution is **granted**.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge